# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RANDI WEINGARTEN**, *in her official capacity as President of the American Federation of Teachers, AFL-CIO*, <br><br> **AMERICAN FEDERATION OF TEACHERS, AFL-CIO,** <br><br> **CYNTHIA MILLER,** <br><br> **CRYSTAL ADAMS,** <br><br> **CONNIE WAKEFIELD,** <br><br> **DEBORAH BAKER,** <br><br> **JANELLE MENZEL** <br><br> **KELLY FINLAW,** <br><br> **GLORIA NOLAN, and** <br><br> **MICHAEL GIAMBONA** <br><br>            Plaintiffs, <br><br> v. <br><br> **ELISABETH DEVOS**, *in her official capacity as the Secretary of the United States Department of Education*, and <br><br> **UNITED STATES DEPARTMENT OF EDUCATION** <br><br>            Defendants. | Civil Action No. 1:19-cv-02056 (DLF) |

## JOINT MOTION TO SET A BRIEFING SCHEDULE AND TO STAY RULE 26(f) DEADLINES

Pursuant to Local Rule 7(m), the Parties in the above-captioned case have conferred over and agreed to a briefing schedule regarding Defendants' response under Rule 12 of the Federal Rules of Civil Procedure to Plaintiffs' Complaint. *See* ECF No. 1 (July 11, 2019). The Parties respectfully move that the Court adopt the following briefing schedule:

October 4, 2019 – Defendants file their response to the Complaint;

November 22, 2019 – Plaintiffs file their opposition, if any, to Defendants' response to the Complaint;

December 20, 2019 – Defendants file their reply in support of their response to the Complaint.

Plaintiffs reserve the right to amend their Complaint in lieu of filing an opposition to Defendants' response and will notify the Court of their intention to do so by November 22, 2019.

The Parties anticipate that this schedule will allow them sufficient time to thoroughly present the issues to the Court. Several scheduling constraints prevent the Parties from concluding briefing any earlier than these dates. Defendants require the time requested given the numerous claims at issue and given the need to coordinate its response consistent with other ongoing litigation related to the issues raised in Plaintiffs' Complaint. Plaintiffs require an extended briefing schedule in light of other litigation deadlines.

The Parties further respectfully move that the Court issue a stay of compliance with the status report required under Fed. R. Civ. P. 26(f) until the resolution of the Defendants' response to the Complaint. A proposed order is attached.

Dated:  September 5, 2019

Respectfully submitted,

SELENDY & GAY PLLC

By:    */s/ Yelena Konanova*

| | |
|---|---|
| Mark Richard (D.C. Bar No. 1033699) | Faith Gay |
| PHILLIPS, RICHARD & RIND, P.A. | Caitlin Halligan |
| 9360 SW 72 Street, Suite 283 | Maria Ginzburg |
| Miami, FL 33173 | Yelena Konanova |
| Telephone: (305) 412-8322 | Margaret M. Siller (D.C. Bar No. 230475) |
| E-mail: mrichards@phillipsrichard.com | SELENDY & GAY, PLLC |
| | 1290 Avenue of the Americas |
| Aaron Ament | New York, NY  10104 |
| Daniel A. Zibel (D.C. Bar No. 491377) | Tel: 212-390-9000 |
| Robyn K. Bitner (D.C. Bar No. 1617036) | Email: fgay@selendygay.com |
| NATIONAL STUDENT LEGAL | challigan@selendygay.com |
| DEFENSE NETWORK | mginzburg@selendygay.com |
| 1015 15th Street N.W., Suite 600 | lkonanova@selendygay.com |
| Washington, D.C. 20005 | msiller@selendygay.com |
| Telephone: (202) 734-7496 | |
| E-mail: aaron@nsldn.org | |
|        dan@nsldn.org | |
|        robyn@nsldn.org | |

*Counsel for Plaintiffs Weingarten & AFT*      *Counsel for Plaintiffs*

JOSEPH H. HUNT
Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director, Federal Programs

*/s/ Jonathan D. Kossak*

Jonathan D. Kossak (D.C. Bar No. 991478)
Trial Attorney, U. S. Dept. of Justice
Civil Division, Federal Programs Branch
1100 L St., NW
Washington, D.C. 20005
Tel.    (202) 305-0612
Jonathan.kossak@usdoj.gov

*Counsel for Defendants*