**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **RANDI WEINGARTEN**, *in her official capacity as President of the American Federation of Teachers, AFL-CIO*,<br><br>**AMERICAN FEDERATION OF TEACHERS, AFL-CIO,**<br><br>**CYNTHIA MILLER,**<br><br>**CRYSTAL ADAMS,**<br><br>**CONNIE WAKEFIELD,**<br><br>**DEBORAH BAKER,**<br><br>**JANELLE MENZEL**<br><br>**KELLY FINLAW,**<br><br>**GLORIA NOLAN,** *and*<br><br>**MICHAEL GIAMBONA**<br><br>      Plaintiffs,<br><br>v.<br><br>**ELISABETH DEVOS**, *in her official capacity as the Secretary of the United States Department of Education*, *and*<br><br>**UNITED STATES DEPARTMENT OF EDUCATION**<br><br>      Defendants. | Civil Action No. 1:19-cv-02056 (DLF) |

**<u>DEFENDANTS' PARTIAL MOTION TO DISMISS COUNTS III, IV, AND V, AND TO DISMISS PLAINTIFFS RANDI WEINGARTEN AND AMERICAN FEDERATION OF TEACHERS, AFL-CIO</u>**

Defendants Elisabeth DeVos, in her official capacity as Secretary of the United States Department of Education, and the Department of Education itself, by and through counsel, hereby move to dismiss Counts III, IV, and V, and Plaintiffs Randi Weingarten and American Federation of Teachers, AFL-CIO, from this action pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) for the reasons stated in the attached memorandum.

Dated:  October 4, 2019  Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director, Federal Programs

*/s/ Jonathan D. Kossak*
Jonathan D. Kossak (D.C. Bar No. 991478)
Trial Attorney, U. S. Dept. of Justice
Civil Division, Federal Programs Branch
1100 L St., NW
Washington, D.C. 20005
Tel.     (202) 305-0612
Jonathan.Kossak@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing Partial Motion to Dismiss Counts III, IV, and V and to Dismiss Plaintiffs Randi Weingarten and American Federation of Teachers, AFL-CIO, with the Clerk of the Court via email at dcd_cmecf@dcd.uscourts.gov per the Clerk's advisement that "CM/ECF for the District Court of the District of Columbia will be unavailable from Friday, October 4, at 1:00 pm through Monday, October 7, at 7:00 am while we upgrade to the Next Generation of CM/ECF (NextGen).  If you have a statutory requirement to file during this time frame, you may file your document in PDF format at dcd_cmecf@dcd.uscourts.gov."  I have also served this document via email on Plaintiffs' Counsel as follows:

Mark H. Richard
PHILLIPS, RICHARD & RIND, P.A.
9360 Sw 72 Street Suite 283
Miami , FL  33173
(305) 412-8322
Email:Mrichard@phillipsrichard.Com

Robyn K. Bitner
NATIONAL STUDENT LEGAL DEFENSE NETWORK
1015 15th Street Nw Suite 600
Washington , DC  20005
(202) 734-7495
Email:Robyn@nsldn.Org

Aaron S. Ament
NATIONAL STUDENT LEGAL DEFENSE NETWORK
1015 15th Street Nw Suite 600
Washington , DC  20005
(847) 722-7945
Email:Aaron@nsldn.Org

Caitlin Halligan
SELENDY & GAY, PLLC
1290 Avenue Of The Americas
New York , NY  10104
(212) 390-9013
Email:Challigan@selendygay.Com

Daniel A. Zibel
NATIONAL STUDENT LEGAL DEFENSE NETWORK

                    1015 15th Street Nw Suite 600
                         Washington , DC  20005
                            (202) 734-7495
                        Email:Dan@nsldn.Org

                              Faith E. Gay
                         SELENDY & GAY PLLC
                  1290 Avenue Of The Americas
                         New York , NY  10104
                            (212) 390-9001
                         Fax: (212) 390-9399
                     Email:Fgay@selendygay.Com

                            Maria Ginzburg
                        SELENDY & GAY, PLLC
                  1290 Avenue Of The Americas
                         New York , NY  10104
                            (212) 390-9006
             Email:Mginzburg@selendygay.Com

                            Yelena Konanova
                        SELENDY & GAY, PLLC
                  1290 Avenue Of The Americas
                         New York , NY  10104
                            (212) 390-9010
             Email:Lkonanova@selendygay.Com

                        Margaret Marie Siller
                        SELENDY & GAY, PLLC
                  1290 Avenue Of The Americas
                         New York , NY  10104
                            (212) 390-9000
               Email:Msiller@selendygay.Com


                                                   /s/ Jonathan D. Kossak
                                                   JONATHAN D. KOSSAK
                                                   Trial Attorney (DC Bar # 991478)
                                                   United States Department of Justice
                                                   Civil Division, Federal Programs
                                                   Branch