IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RANDI WEINGARTEN**, *in her official capacity as President of the American Federation of Teachers, AFL-CIO*,<br><br>**AMERICAN FEDERATION OF TEACHERS, AFL-CIO,**<br><br>**CYNTHIA MILLER,**<br><br>**CRYSTAL ADAMS,**<br><br>**CONNIE WAKEFIELD,**<br><br>**DEBORAH BAKER,**<br><br>**JANELLE MENZEL**<br><br>**KELLY FINLAW,**<br><br>**GLORIA NOLAN,** *and*<br><br>**MICHAEL GIAMBONA**<br><br>          Plaintiffs,<br><br>v.<br><br>**ELISABETH DEVOS**, *in her official capacity as the Secretary of the United States Department of Education*, *and*<br><br>**UNITED STATES DEPARTMENT OF EDUCATION**<br><br>          Defendants. | Civil Action No. 1:19-cv-02056 (DLF) |

## [PROPOSED] ORDER

Upon consideration of Defendants' Partial Motion to Dismiss Counts III, IV, and V and to Dismiss Plaintiffs Randi Weingarten and American Federation of Teachers, AFL-CIO, and all memorandum in support thereof and in opposition thereto, it is this ____ day of _____, 20___, **ORDERED** that the Partial Motion is **GRANTED**.

It is **FURTHER ORDERED** that Counts III, IV, and V and Plaintiffs Randi Weingarten and American Federation of Teachers, AFL-CIO are hereby **DISMISSED** with prejudice.

**SO ORDERED**.

_____
United States District Judge