UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RANDI WEINGARTEN, President,
American Federation of Teachers, AFL-CIO,
*et al.*,

    *Plaintiffs*,

v.

ELISABETH DEVOS, Secretary, United
States Department of Education, *et al.*,

    *Defendants*.

No. 19-cv-2056 (DLF)

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is

**ORDERED** that the defendants' Partial Motion to Dismiss, Dkt. 19, is **GRANTED IN PART** and **DENIED IN PART**. It is further

**ORDERED** that plaintiffs Randi Weingarten and the American Federation of Teachers are **DISMISSED WITHOUT PREJUDICE**. It is further

**ORDERED** that Count IV is **DISMISSED**.

 

_____
DABNEY L. FRIEDRICH
United States District Judge

June 22, 2020