IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RANDI WEINGARTEN**, *in her official capacity as President of the American Federation of Teachers, AFL-CIO*, | Civil Action No. 1:19-cv-02056 (DLF) |
| **AMERICAN FEDERATION OF TEACHERS, AFL-CIO,** | |
| **CYNTHIA MILLER,** | |
| **ANASTASIYA SAVENKOVA,** | |
| **DEBORAH BAKER,** | |
| **JANELLE MENZEL** | |
| **KELLY FINLAW,** | |
| **MICHAEL GIAMBONA,** | |
| **ANDRE LORINCZ, and** | |
| **PETER HUK** | |
|       Plaintiffs, | |
| v. | |
| **MIGUEL A. CARDONA**, *in his official capacity as the Secretary of the United States Department of Education*, and | |
| **UNITED STATES DEPARTMENT OF EDUCATION** | |
|       Defendants. | |

**NOTICE OF SETTLEMENT**

The parties, Plaintiffs, American Federation of Teachers, AFL-CIO, and its President, Plaintiff Randi Weingarten, as well as individual Plaintiffs, Cynthia Miller, Anastasiya Savenkova, Deborah Baker, Janelle Menzel, Kelly Finlaw, Michael Giambona, Andre Lorincz, and Peter Huk; and Defendants, Miguel A. Cardona, in his official capacity as the Secretary of the United States Department of Education, and the Department of Education itself (collectively, the "Parties"), by and through counsel hereby provide notice that they have reached a settlement in principle as to all claims. Consequently, the Parties respectfully request that all upcoming deadlines for this matter be vacated.

Any settlement is contingent upon finalizing execution-ready forms of a final settlement agreement and obtaining the necessary approvals from those individuals with delegated authority within the U.S. Department of Justice. The Parties require time to complete these steps. The Parties will use their best efforts to finalize and execute a settlement agreement by October 13, 2021. If a stipulation of dismissal is not filed on or before that date, the Parties will file another joint status report updating the Court on the status of these activities by October 15, 2021. A proposed order accompanies this submission.

Dated: September 17, 2021

Respectfully submitted,

SELENDY & GAY, PLLC

By:  /s/ Yelena Konanova

**Left column (Counsel for Plaintiffs Weingarten & AFT):**

Mark Richard (D.C. Bar No. 1033699)
PHILLIPS, RICHARD & RIND, P.A.
9360 SW 72 Street, Suite 283
Miami, FL 33173
Telephone: (305) 412-8322
E-mail: mrichards@phillipsrichard.com

Aaron Ament (D.C. Bar No. 1602164)
Daniel A. Zibel (D.C. Bar No. 491377)
Robyn K. Bitner (D.C. Bar No. 1617036)
NATIONAL STUDENT LEGAL DEFENSE NETWORK
1015 15th Street N.W., Suite 600
Washington, D.C. 20005
Telephone: (202) 734-7496
E-mail: aaron@defendstudents.org
dan@defendstudents.org
robyn@defendstudents.org

*Counsel for Plaintiffs Weingarten & AFT*

**Right column (Counsel for Plaintiffs):**

Faith Gay *(pro hac vice)*
Caitlin Halligan *(pro hac vice)*
Maria Ginzburg *(pro hac vice)*
Yelena Konanova *(pro hac vice)*
SELENDY & GAY, PLLC
1290 Avenue of the Americas
New York, NY 10104
Telephone: (212) 390-9000
Email: fgay@selendygay.com
challigan@selendygay.com
mginzburg@selendygay.com
lkonanova@selendygay.com

*Counsel for Plaintiffs*

BRIAN M. BOYNTON
Acting Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director, Federal Programs

*/s/ Jonathan D. Kossak*
Jonathan D. Kossak
Trial Attorney (D.C. Bar No. 991478)
U. S. Dept. of Justice
Civil Division, Federal Programs Branch
1100 L St., NW, Washington, D.C. 20005
Tel.    (202) 305-0612
Email:  Jonathan.kossak@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on September 17, 2021, I filed the foregoing with the Clerk of the Court electronically via the Court's ECF system which sent notification of such filing to counsel of record for all parties and amicus curiae.

/s/ *Jonathan D. Kossak*
Jonathan D. Kossak
Trial Attorney (D.C. Bar No. 991478)
U. S. Dept. of Justice
Civil Division, Federal Programs Branch
1100 L St., NW
Washington, D.C. 20005
Tel.    (202) 305-0612
Email:  Jonathan.kossak@usdoj.gov