IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RANDI WEINGARTEN**, *in her official capacity as President of the American Federation of Teachers, AFL-CIO,*<br><br>**AMERICAN FEDERATION OF TEACHERS, AFL-CIO,**<br><br>**CYNTHIA MILLER,**<br><br>**ANASTASIYA SAVENKOVA,**<br><br>**DEBORAH BAKER,**<br><br>**JANELLE MENZEL,**<br><br>**KELLY FINLAW,**<br><br>**MICHAEL GIAMBONA,**<br><br>**ANDRE LORINCZ, and**<br><br>**PETER HUK**<br><br>   Plaintiffs,<br><br>v.<br><br>**MIGUEL A. CARDONA**, *in his official capacity as the Secretary of the United States Department of Education*, and<br><br>**UNITED STATES DEPARTMENT OF EDUCATION**<br><br>   Defendants. | Civil Action No. 1:19-cv-02056 (DLF) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action hereby stipulate to dismiss this action with prejudice pursuant to the parties' settlement agreement executed in connection with this matter, over which the parties request that the Court retain jurisdiction for the limited

and exclusive purpose, if necessary, of enforcing the terms of the settlement agreement related to relief for the individual plaintiffs, Cynthia Miller, Anastasiya Savenkova, Deborah Baker, Janelle Menzel, Kelly Finlaw, Michael Giambona, Andre Lorincz, and Peter Huk.  A proposed order is attached as Attachment I hereto.

Dated:     October 13, 2021

Respectfully submitted,

SELENDY & GAY, PLLC

By:     /s/ Faith Gay

Mark Richard (D.C. Bar No. 1033699)
PHILLIPS, RICHARD & RIND, P.A.
9360 SW 72 Street, Suite 283
Miami, FL 33173
Telephone: (305) 412-8322
E-mail: mrichards@phillipsrichard.com

Aaron Ament (D.C. Bar No. 1602164)
Daniel A. Zibel (D.C. Bar No. 491377)
Robyn K. Bitner (D.C. Bar No. 1617036)
NATIONAL STUDENT LEGAL
DEFENSE NETWORK
1015 15th Street N.W., Suite 600
Washington, D.C. 20005
Telephone: (202) 734-7496
E-mail:aaron@defendstudents.org
          dan@defendstudents.org
          robyn@defendstudents.org

*Counsel for Plaintiffs Weingarten & AFT*

Faith Gay *(pro hac vice)*
Caitlin Halligan *(pro hac vice)*
Maria Ginzburg *(pro hac vice)*
Yelena Konanova *(pro hac vice)*
SELENDY & GAY, PLLC
1290 Avenue of the Americas
New York, NY  10104
Telephone: (212) 390-9000
Email: fgay@selendygay.com
          challigan@selendygay.com
          mginzburg@selendygay.com
          lkonanova@selendygay.com

*Counsel for Plaintiffs*


BRIAN M. BOYNTON
Acting Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director, Federal Programs

 */s/ Jonathan D. Kossak*
JONATHAN D. KOSSAK
Trial Attorney (D.C. Bar No. 991478)
U. S. Dept. of Justice
Civil Division, Federal Programs Branch
1100 L St., NW, Washington, D.C. 20005
Tel.    (202) 305-0612
Email:  Jonathan.kossak@usdoj.gov

*Counsel for Defendants*

# Attachment I

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RANDI WEINGARTEN**, *in her official capacity as President of the American Federation of Teachers, AFL-CIO*,<br><br>**AMERICAN FEDERATION OF TEACHERS, AFL-CIO,**<br><br>**CYNTHIA MILLER,**<br><br>**ANASTASIYA SAVENKOVA,**<br><br>**DEBORAH BAKER,**<br><br>**JANELLE MENZEL,**<br><br>**KELLY FINLAW,**<br><br>**MICHAEL GIAMBONA,**<br><br>**ANDRE LORINCZ, and**<br><br>**PETER HUK**<br><br>       Plaintiffs,<br><br>v.<br><br>**MIGUEL A. CARDONA**, *in his official capacity as the Secretary of the United States Department of Education*, and<br><br>**UNITED STATES DEPARTMENT OF EDUCATION**<br><br>       Defendants. | Civil Action No. 1:19-cv-02056 (DLF) |

**[PROPOSED] ORDER**

Upon consideration of the parties' Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and for the reasons articulated therein, it is, this ___ day of _____, 2021,

**ORDERED** that this case is dismissed with prejudice.  It is further **ORDERED** that the Court will retain jurisdiction over this matter, pursuant to *Kokkonen v. Guardian Life Ins.*, 511 U.S. 375 (1994), for the limited and exclusive purpose, if necessary, of enforcing the terms of the parties' settlement agreement related to relief for the individual plaintiffs, Cynthia Miller, Anastasiya Savenkova, Deborah Baker, Janelle Menzel, Kelly Finlaw, Michael Giambona, Andre Lorincz, and Peter Huk.

_____
DABNEY L. FRIEDRICH
UNITED STATES DISTRICT JUDGE